NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH A. O'DONNELL,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3020

---

Petition for review of the Merit Systems Protection Board in No. CH1221120436-W-1.

---

## ON MOTION

---

Before WALLACH, *Circuit Judge.*

## O R D E R

MSPB Watch moves for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The amicus brief is accepted for filing.

2                                          O'DONNELL v. MSPB

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s25